Case 1:09-cv-04939-LAK   Document 2-2   Filed 06/15/2009   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELEINORA ALLEN on behalf of himself and all other similarly situated customers,

          Plaintiff,

    v.

AFNI, INC.,

          Defendant.

Civil Case No. 09-cv-4939-LAK-THK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 6/17/09
```

## ORDER UNDER FED. R. CIV. P. 6(b)(1)(A) EXTENDING DEFENDANT AFNI, INC.'S TIME TO ANSWER OR OTHERWISE PLEAD

Application having been made by Defendant AFNI, Inc. through its attorneys, Maurice & Needleman, P.C., pursuant to Fed. R. Civ. P. 6(b)(1)(A), to enlarge the time period within which it may file its answer or other responsive pleading to Plaintiff's Complaint, and the Court having considered the application, it is hereby ORDERED that Defendant AFNI, Inc.'s time to answer or otherwise plead in response to Plaintiff's Complaint is extended to July 2, 2009.

*Docket Nos. 2 is terminated.*

ORDER DATED: 6/16/09

By: _____
     Lewis A. Kaplan, U.S.D.J.